478 A.2d 68

Commonwealth v. Asbury, Appellant.

Submitted March 26, 1984. Alphonse P. Lepore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

582

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.